IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02674-CMA-MEH

BETSY COOK,

    Plaintiff,

v.

PAUL R. O'NEILL,

    Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 24, 2010.**

    Defendant's Unopposed Motion for Paul R. O'Neill to be Absent from Settlement Conference [filed August 19, 2010; docket #17] is **granted**. Defense counsel shall ensure that Mr. O'Neill is available by telephone throughout the entirety of the conference.