**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-02674-CMA-MEH

BETSY COOK,

    Plaintiff,

v.

PAUL R. O'NEILL,

    Defendant.

---

### ORDER OF DISMISSAL WITH PREJUDICE

---

This matter is before the Court on the parties' Stipulation For Dismissal (Doc. # 21). The Court having considered the Stipulation For Dismissal, hereby

ORDERS that this action be DISMISSED WITH PREJUDICE, each party to pay his or her own costs, expenses, and attorneys' fees.

DATED: October  14 , 2010

                                                  BY THE COURT:

                                                *Christine M Arguello*

                                                _____
                                                CHRISTINE M. ARGUELLO
                                                United States District Court Judge